FILED
CHARLOTTE, NC

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26CR-115-MOC

MAY 2 0 2026

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | |
| LEYVIS ALEXANDER RIVAS-CRUZ ) | Violations: 8 U.S.C. §§ 1326(a) and (b)(2) |
| ) | 8 U.S.C. § 1306(b) |

### THE GRAND JURY CHARGES:

### COUNT ONE
### (ILLEGAL RENTRY BY AN AGGRAVATED FELON -- 8 U.S.C. § § 1326(a) & (b)(2))

On or about May 13, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### LEYVIS ALEXANDER RIVAS-CRUZ,

an alien previously removed from the United States on or about August 10, 2007, at or near Columbus, Georgia, was found in the United States after having knowingly entered the United States, without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States and after a conviction for the commission of an aggravated felony.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

### COUNT TWO
### (FAILURE TO NOTIFY ABOUT A CHANGE OF ADDRESS -- 8 U.S.C. § 1306(b))

On or about May 13, 2026, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### LEYVIS ALEXANDER RIVAS-CRUZ,

an alien, failed to give written notice to the Attorney General of a change of his address within ten days from the date of such change, as required by 8 U.S.C. § 1305.

In violation of Title 8, United States Code, Section 1306(b).

1

A TRUE BILL:

███████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

2